UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES KENNEDY
    Plaintiff

v.                                                                                               3:23CV1352(SFR)

JOSE TULISANO, DOMINIC RAFALA
    Defendants

## J U D G M E N T

This matter came on before the Honorable Sarah F. Russell, United States District Judge, as a result of defendants' Motion to Dismiss.

The Court has reviewed all of the papers filed in conjunction with the Motion, and on September 29, 2025, entered an Order granting defendants Tulisano and Rafala's Motion to Dismiss, dismissing plaintiff, Kennedy's claims.

Therefore, it is ORDERED, ADJUDGED, and DECREED that judgment is entered for the defendants, and against the plaintiff, in accordance with the Court's Order, and the case is closed.

Dated at New Haven, Connecticut, this 29th day of September 2025.

                                          Dinah Milton Kinney, Clerk

                                          By   /s/ Diahann Lewis
                                                   Deputy Clerk

Entered on Docket 9/29/2025